**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE CARTER,                                    No. C-11-03988 DMR

       Plaintiff,                              **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

    v.

DIVERSIFIED   COLLECTION   SERVICES INC,

       Defendant.
_____/

    The court is in receipt of Plaintiff's request to continue the Initial Case Management Conference.  The request is granted.  The Initial Case Management Conference previously scheduled for November 30, 2011 has been CONTINUED to **December 21, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **December 14, 2011.**   All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.  *See* Docket No. 3.  Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

    IT IS SO ORDERED.

Dated:  November 28, 2011



_____
DONNA M. RYU
United States Magistrate Judge